UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re Theodore C. Annis,
Case No. 07-40557
Chapter 7
Debtor.
Hon. Marci B. McIvor
_____/

Wynn Resorts Holdings, LLC,

Plaintiff,

v.
Adv. P. No. 07-4405

Theodore C. Annis,

Defendant.
_____/

ORDER REGARDING DAMAGES

This matter came before the Court on Plaintiff's Motion for Summary Judgment.

For the reasons set forth in the bench Opinion issued by the Court on August 26, 2008,

as well as the reasons set forth in the written Opinion issued with this Order, the Court

finds that Plaintiff is entitled to a non-dischargeable judgment in the amount of

$773,416.68.

SO ORDERED.

Signed on November 05, 2008

                                    /s/ Marci B. McIvor
                                    Marci B. McIvor
                                    United States Bankruptcy Judge